petitioners. *Mr. Willis Sweet and Mr. Francis H. Dexter* for defendant in error and respondent.

---

No. 678. KATE P. McNAUGHTON, APPELLANT, *v.* W. D. STEPHENS, GOVERNOR OF THE STATE OF CALIFORNIA, ET AL. Appeal from the District Court of the United States for the Southern District of California. Submitted January 16, 1918. Decided January 21, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *McNaughton* v. *Johnson,* 242 U. S. 344. *Mr. Tom L. Johnston* and *Mr. James H. Longden* for appellant. *Mr. U. S. Webb, Mr. Robert M. Clarke, Mr. Thomas Lee Woolwine* and *Mr. Clifford P. Smith* for appellees.

---

No. 679. L. E. NICKELL AND ROBERT J. BURKE, APPELLANTS, *v.* W. D. STEPHENS, GOVERNOR OF THE STATE OF CALIFORNIA, ET AL. Appeal from the District Court of the United States for the Southern District of California. Submitted January 16, 1918. Decided January 21, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *Crane* v. *Johnson,* 242 U. S. 339. *Mr. Tom L. Johnston* and *Mr. James H. Longden* for appellants. *Mr. U. S. Webb, Mr. Robert M. Clarke, Mr. Thomas Lee Woolwine, Mr. Clifford P. Smith* and *Mr. A. W. Eckman* for appellees.

---

No. 195. IDORA HILL MINING COMPANY, PLAINTIFF IN ERROR, *v.* HARRY OLSON ET AL. In error to the Supreme Court of the State of Idaho. Motion to dismiss submitted January 14, 1918. Decided January 21, 1918. Dismissed with costs and five per cent. damages for failure to print